*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



★ ★ ★ ★ ★ ★



# MEMORANDUM OPINION

No. 04-09-00642-CV

Thomas A. **HARWOOD**,
Appellant

v.

**JOURDANTON STATE BANK**, Mollee Mann Clark and BJ Mann Eaton,
Appellees

From the 218th Judicial District Court, Frio County, Texas
Trial Court No. 07-11-0392-CVF
Honorable Ron Carr, Judge Presiding

PER CURIAM

Sitting:     Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice
             Steven C. Hilbig, Justice

Delivered and Filed: February 17, 2010

DISMISSED

The parties have filed a joint stipulation to dismiss the appeal pursuant to settlement. The parties represent to the court that the appeal should be dismissed due to their compromise and settlement of all claims. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2)(A). Pursuant to the parties' agreement, each party shall bear their own costs of appeal. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM